GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar No.: 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

FILED

2021 JUN 30 AM 4:12

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01527 TUC-SHR(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Cesar Alejandro Avendano-Soto,<br><br>   Defendant. | No.<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 111(a) and 111(b)<br>(Assault on a Federal Officer -<br>Bodily Injury)<br>Count 1<br><br>**VICTIM CASE** |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about March 24, 2020, in the District of Arizona, Defendant CESAR ALEJANDRO AVENDANO-SOTO did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Customs and Border Protection Officer J.V., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Officer J.V. was engaged in and on account of the performance of her official duties, by intentionally struggling with Officer J.V. and throwing her to the ground, which inflicted bodily injury to Officer J.V..

//

//

//

1 | All in violation of Title 18, United States Code, Sections 111(a) and 111(b).

A TRUE BILL

*/S/*

_____
FOREPERSON OF THE GRAND JURY
Date:   June 30, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR
PUBLIC DISCLOSURE**

*/S/*

_____
SARAH B. HOUSTON
Assistant U.S. Attorney