# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>__Cesar Alejandro Avendano-Soto__<br>*Defendant* | )<br>)<br>)  Case No.  **CR-21-01527-001-TUC-SHR (DTF)**<br>)<br>)<br>) |

FILED / RECEIVED    LODGE / COPY
AUG 1 0 2021
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## AMENDED SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Evo A. DeConcini United States Courthouse<br>405 West Congress Street<br>Tucson, Arizona  85701<br><br>MAGISTRATE JUDGE:<br>D. Thomas Ferraro | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date:<br>Time: | August 12, 2021<br>1:30 PM |

This offense is briefly described as follows:
18:111(a) and (b) Assault on a Federal Officer - Bodily Injury

Date:    July 22, 2021

*s/ Debra D. Lucas, Clerk*

*Issuing officer's signature*

Cheryl Bothwick, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons     ☐ Returned this summons unexecuted

Date:    8/10/21

*Server's signature*

Eric Treglio  Special Agent
*Printed name and title*

cc: PTS, AUSA – Sarah Houston, Jamiel Allen (AFPD)