**JON M. SANDS**
Federal Public Defender
**GRETA M. VIETOR**
State Bar No. 030485
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
greta_vietor@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>     vs.<br><br>Cesar Alejandro Avendano-Soto,<br><br>     Defendant. | CR21-01527-TUC-SHR (DTF)<br><br>**MOTION TO CONTINUE TRIAL AND PLEA DEADLINE**<br><br>**(Unopposed, Fifth Request)** |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

Defendant, Cesar Alejandro Avendano-Soto, by and through counsel, hereby requests a **(90) sixty-day** continuance of the plea deadline scheduled for May 13, 2022 and trial date scheduled for June 1, 2022. This request is based on the following:

1. Defense counsel recently substituted in on this case on April 6, 2021 (Doc. 36) when Mr. Avendano-Soto's case was transferred to her when the assigned Assistant Federal Public Defender left the office.

2. Defense counsel needs additional time to review the government's case and disclosure and to engage in case investigation, preparation of the case for trial, and to allow time for negotiations for a potential non-trial resolution of this matter.

3. Additional time is necessary to investigate the facts and circumstances underlying the alleged misconduct in order to prepare for trial with an exercise

1

of due diligence, pursuant to 18 USC §3161(h)(7)(A) and (B)(iv), and to allow continuing negotiations with the goal of reaching a mutually-agreeable non-trial disposition.

4. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A), (B)(i).

5. Assistant U.S. Attorney, Sarah Houston, has no objection to the requested continuance.

RESPECTFULLY SUBMITTED this May 18, 2022.

    JON M. SANDS
    Federal Public Defender

    *s/ Greta M. Vietor*
    GRETA M. VIETOR
    Assistant Federal Public Defender