# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

CASE NUMBER : CR21-01527-SHR-DTF

## Consent of Defendant to Appear Before Magistrate Judge

After full consultation with counsel I, **Cesar Alejandro Avendano-Soto** voluntarily consent to go forward with my Change of Plea and/or Admit/Deny Hearing before the United States Magistrate Judge in person, via telephone, or via video-teleconference.

I understand that the United States Magistrate Judge will administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and make findings as follows:

(A) whether Defendant (1) is competent to enter into a plea or make an admission to the petition; (2) knowingly and voluntarily wishes to enter a plea to the charge(s) or admit to the petition; (3) understands the charge(s) or petition; (4) whether there exists a factual basis for the charge(s) or petition; and a recommendation as follows:

(B) whether the plea of guilty or admission to the petition should be accepted by the District Court.

After full consultation with counsel, I have given counsel permission to sign Court documents on my behalf.

| Defendant's signature and date | Counsel for Defendant's signature and date |
|---|---|
|   |   |

SARAH HOUSTON
Digitally signed by SARAH HOUSTON
Date: 2022.09.15 13:39:32 -07'00'

Assistant U.S. Attorney's signature and date

Form Last Modified 6/12/2020