**JON M. SANDS**
Federal Public Defender
**GRETA M. VIETOR**
State Bar No. 030485
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
greta_vietor@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR21-01527-TUC-SHR (DTF) |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| vs. | |
| Cesar Alejandro Avendano-Soto, | **(First Request - Unopposed)** |
| Defendant. | |

Defendant, Cesar Alejandro Avendano-Soto, by and through counsel, hereby requests a **(30) thirty-day** continuance of the Sentencing scheduled for January 6, 2023, at 10:40 a.m.  On December 5, 2022, the first draft of presentence investigation report (PSR) was filed with a sentencing recommendation of 33 months.  Subsequently, on December 7, 2022, an updated/changed PSR was filed with a sentencing recommendation of 63 months.  Additional time is necessary to file objections to the presentence investigation report (PSR) and file a sentencing memorandum addressing this significantly high recommendation.

Additionally, defense counsel will be on leave the week of December 26-30th, 2022.  Assistant U.S. Attorney, Sarah Houston, has no objection to the requested continuance.

1

1 | RESPECTFULLY SUBMITTED: December 14, 2022.

JON M. SANDS
Federal Public Defender
*/s/ Greta M. Vietor*
GRETA M. VIETOR
Assistant Federal Public Defender